# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 17-00610-CV-W-GAF |
| UBER TECHNOLOGIES, INC. and YAHKHAHNAHN AMMI, | ) ) ) ) |
| Defendants. | ) ) |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision of the Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED that Plaintiff's Motion to Remand is GRANTED, but her request for attorneys' fees and costs is DENIED. This case shall be remanded to the Circuit Court of Jackson County, Missouri for all further proceedings.

| | | |
|---|---|---|
| Dated: | September 5, 2017 | PAIGE WYMORE-WYNN<br>Clerk of Court |
| Entered: | September 5, 2017 | /s/ Lisa Mitchell<br>(By) Deputy Clerk |